MARGARET J. CLARK, as Administratrix of the Estate of FRANK J. CLARK, Deceased, Appellant, *v.* THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.

(Argued May 22, 1936; decided July 8, 1936.)

*James A. Leary* and *Walter A. Fullerton* for appellant.
*Joseph Rosch, Wallace E. Pierce* and *Raymond L. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J.